UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRENDA MAE BAKER,

    Plaintiff,

v.                                            Case No. 3:24cv618-TKW-HTC

OKALOOSA COUNTY
SHERIFF'S DEPARTMENT, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On December 17, 2024, the Court ordered Plaintiff Brenda Mae Baker to, within twenty-one days, file either an amended complaint on the Northern District of Florida's complaint form or a notice of voluntary dismissal. Doc. 5. The Court also warned Baker that her failure to comply with the December 17 Order could result in a recommendation of dismissal. *Id.* After Baker failed to comply within the allotted time, the Court ordered her on January 7, 2025, to show cause within fourteen days why this case should not be dismissed due to her failure to comply with the December 17 Order. Doc. 6.

To date, Baker has not responded to the January 7 Order or complied with the December 17 Order. Based on the foregoing, dismissal of this case is appropriate. *See Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006)

("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted); *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Baker's failure to comply with Court orders.

2. That the Clerk close the file.

At Pensacola, Florida, this 28th day of January, 2024.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.

Case No. 3:24cv618-TKW-HTC